**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-2073**

———————

ANGELA DAWN NELSON,

        Plaintiff - Appellant,

    v.

FRANK BISIGNANO, Commissioner of Social Security,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:24-cv-00540)

———————

Submitted:  May 28, 2026                        Decided:  June 1, 2026

———————

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Angela Dawn Nelson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Dawn Nelson appeals the district court's order accepting the recommendation of the magistrate judge and affirming the Commissioner of Social Security's decision denying Nelson disability insurance benefits. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended that the Commissioner of Social Security's benefits decision be affirmed and advised Nelson that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Nelson has forfeited appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2